UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN F. MCGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:11-cv-0910-TWP-DML |
| ) | |
| THE GEO GROUP, INC. ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, all parties who have appeared in this action, by counsel, hereby stipulate to the dismissal of all claims in this cause of action in their entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,                              Respectfully submitted,

  *s/ Amanda Couture*                                  *s/ Emily Yates* (with permission 8.17.12)
Kathleen A. DeLaney (#18604-49)        Alan McLaughlin (#10182-49)
Amanda Couture (#24838-53)              Emily Yates (#27402-49)
DeLaney & DeLaney LLC                       Littler Mendelson, P.C.

Attorneys for Plaintiff                                Attorneys for Defendant